GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY (#134180)
MARK S. GREENSTONE (#199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
E-mail: info@glancylaw.com

*Attorneys for Plaintiff Raphael Saye*
[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL SAYE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CSK AUTO, INC., d/b/a O'REILLY AUTO PARTS, an Arizona corporation; O'REILLY AUTO ENTERPRISES, LLC, a Delaware Limited Liability Company; and O'REILLY AUTOMOTIVE STORES, INC., a Missouri Corporation,<br><br>Defendants. | Case No.  2:14-cv-03470-PA-JPR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1  TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR
2  ATTORNEYS OF RECORD HEREIN:

3  PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil
4  Procedure 41(a)(1)(A), Plaintiff Raphael Saye ("Plaintiff") hereby voluntarily
5  dismisses his action, *Saye v. CSK Auto, Inc., et al.*, case number 2:14-cv-03470-
6  PA-JPR, brought before the Central District Court of California, without
7  prejudice, as to all defendants.  As grounds thereof, Plaintiff states that no
8  defendant has filed an Answer or a Motion to Dismiss to Plaintiff's action.

Dated:  June 10, 2014               GLANCY BINKOW & GOLDBERG LLP

                                    By: *s/ Mark S. Greenstone*
                                    Lionel Z. Glancy
                                    Mark S. Greenstone
                                    1925 Century Park East, Suite 2100
                                    Los Angeles, CA 90067
                                    Telephone:  (310) 201-9150
                                    Facsimile:   (310) 201-9160
                                    Email: info@glancylaw.com

                                    Asaf Agazanof
                                    ASAF LAW
                                    8730 Wilshire Boulevard, Suite 310
                                    Beverly Hills, CA 90211
                                    Telephone:  (424) 254-8870
                                    Facsimile:   (888) 254-2651

                                    *Attorneys for Plaintiff Raphael Saye*

# PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07

I, the undersigned, say:

I am a citizen of the United States and am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On June 10, 2014, I served the following document:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

By posting the document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the parties as listed on the attached Court's ECF Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 10, 2014, at Los Angeles, California.

*s/ Mark S. Greenstone*
Mark S. Greenstone

282109.1 CSKAUTO

# Mailing Information for a Case 2:14-cv-03470-PA-JPR Raphael Saye v. CSK Auto, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Asaf Agazanof**
  asaf@lawasaf.com

- **Arnab Banerjee**
  arnab.banerjee@capstonelawyers.com,Frank.Gatto@capstonelawyers.com,Matthew.Krout@capstonelawyers.com

- **Melissa Grant**
  melissa.grant@capstonelawyers.com,raul.perez@capstonelawyers.com,Matthew.Krout@capstonelawyers.com,arnab.banerjee@capstonelawyers.com

- **Mark Samuel Greenstone**
  MGreenstone@glancylaw.com

- **Raul Perez**
  raul.perez@capstonelawyers.com

- **Alexandria Marie Witte**
  alexandria.witte@capstonelawyers.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)